■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARIAH LAING, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Rappaport, J.), imposed November 12, 1991.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Thompson, Rosenblatt, Ritter and Pizzuto, JJ., concur.